JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITZEL GARCIA INZUNZA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROSA ENA INZUNZA,<br><br>　　　　Respondent. | CV 15-3320 PA (JEMx)<br><br>JUDGMENT |

　　Pursuant to the Court's May 14, 2015 Minute Order granting the Petition for Immediate Return of Minor to Mexico filed by petitioner Itzel Garcia Inzunza ("Petitioner"),

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's minor child J.X.A. shall return to Mexico by Petitioner forthwith.

　　IT IS SO ORDERED.

DATED: May 14, 2015　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE